# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STEVEN J. CAMBIO

v. CA 07-359M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Defendant pursuant to this Court's Memorandum & Order issued on May 6, 2008. The Defendant's Motion for Remand is granted. The Plaintiff's Motion to Reverse is granted to the extent that the matter be remanded to the Commissioner for further administrative proceedings

.

BY:

/s/ Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**May 6, 2008**