# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEVEN J. CAMBIO | : | |
| | : | |
| v. | : | C.A. No. 07-359M |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |

## AMENDED JUDGMENT

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the Plaintiff, Steven J. Cambio, against the Defendant, Michael J. Astrue, pursuant to the Court's Memorandum and Order dated May 6, 2008, Plaintiff's Motion to Reverse be granted to the extent that the matter be remanded to the Commissioner for further administrative proceedings.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

May 7, 2008